IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| INTEGRATIVE COMMUNICATIONS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-192 |
| | § | |
| TECHNICAL SYSTEMS INTEGRATORS, LLC | § § § | |

### O R D E R

Having confirmed with Plaintiff's counsel that Plaintiff, Integrative Communications, is an unincorporated business owned and operated under an assumed name by Wes Burch and Janice Burch, it is *sua sponte* **ORDERED**, pursuant to Rule 28 of the Texas Rules of Civil Procedure, that they are hereby **SUBSTITUTED** as the proper Plaintiffs and the caption of this cause **SHALL**, hereinafter, read, in pertinent part, as "Wes Burch and Janice Burch d/b/a Integrative Communications v. Technical Systems Integrators, LLC." Cf. Sixth RMA Partners, L.P. v. Sibley, 111 S.W.3d 46, 52-3 (Tex. 2003)

**DONE** at Galveston, Texas, this    21st    day of June, 2011.

John R. Froeschner
United States Magistrate Judge